| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Nina Huerta (SBN 229070)<br>Matthew B. Nazareth (SBN 278405)<br>Locke Lord LLP<br>300 south Grand Avenue, Suite 2600<br>Los Angeles, CA  90071<br>Tel:  (213) 485-1500<br>Fax:  (213) 485-1200<br>ATTORNEY(S) FOR: Defendant Cenergy Partners, LLC | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT WOODS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br>v.<br>CENERGY PARTNERS, LLC, a Delaware corporation, and DOES 1-10, inclusive<br><br>Defendant(s) | CASE NUMBER:<br>2:17-cv-8437 R (PLAx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant Cenergy Partners, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Dwight Woods | Plaintiff |
| Cenergy Partners, LLC | Defendant |
| Cenergy International Services, LLC | Successor in interest to Cenergy Partners, LLC |
| Akashic Holding Company | Manager and sole member of Cenergy International Services, LLC |

January 19, 2018                                /s/ Nina Huerta
Date                                                     Signature
                                                              Nina Huerta

Attorney of record for (or name of party appearing in pro per):

Defendant Cenergy Partners, LLC

CV-30 (05/13)                              **NOTICE OF INTERESTED PARTIES**

